UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

"IN ADMIRALTY"

IN THE MATTER OF:

Case No. 2:10-cv-610-FtM-29SPC

The Petition of Charles Orson Jarrait as Owner of
the Unnamed Vessel #GEN482041607 for
Exoneration from or Limitation of Liability.
_____/

## ORDER ON STIPULATION OF VALUE, MONITION AND INJUNCTION

A Complaint having been filed herein on October 4, 2010, by Charles Orson Jarrait, as owner of the unnamed vessel #GEN482041607, claiming the benefits of exoneration from or limitation of liability as provided for in the act of Congress embodied in 46 U.S.C. §§183 *et seq*., together with all statutes supplementary thereto and amendatory thereof, and Rule F of the Supplemental Rules of Civil Procedure, and also contesting its liability independently of the limitation of liability claim under said Acts, Treaty or Code for any loss, damages, deaths, personal injuries, damage or destruction of property or other occurrences arising from the incident described in said Complaint (Doc. #1) which occurred on or about August 9, 2007 in navigable waters of the United States in Lee County, Florida as described in the Motion for Issuance of Limitation and said Complaint also stating the alleged facts and circumstances on which such exoneration from or limitation of liability is claimed; and on hearing counsel for the Plaintiff and on consideration of the Complaint and the *Ad Interim* Stipulation of Value (Doc. #2) which are on file herein, and that the Plaintiff is able and willing to make such increases or decreases in the Stipulation for Value, together with posting

adequate security, including if so ordered, the posting of a bond or such other security of such type and in such amount as the Court may from time to time require, and the value of Plaintiff's interest in the above-described vessel can be more definitely ascertained, the Court finds that the *Ad Interim* Stipulation for Value in the amount of $30,000 in addition to interest at the rate of six percent (6%) *per annum* and costs of the Court is adequate to fully cover the value of Plaintiff's interest in the said vessel and shall stand *in lieu* of positing a bond until such time that the Court may so order.

Now, on Motion of Christopher R. Fertig, Esquire of Fertig and Gramling, Attorneys for the PLAINTIFF/PETITIONER, it is hereby:

**ORDERED** that PLAINTIFF/PETITIONER deposit an *Ad Interim* Stipulation for Value, for the value of Petitioner's interest in the vessel, as fixed by the Court herein in the amount of $30,000, including costs of court and interest at the rate of six percent (6%) *per annum*, with Plaintiff subject to such increases or decreases in the amount of such stipulation, together with such order adequate security of such type and in such amount, as the Court may from time to time order according to the rules and practices of this Court; and it is further;

**ORDERED** that any party, including Plaintiff, may apply to have the amount of said stipulation increased or decreased, or petition for the posting of a bond, as the case may be, on the filing of the report of the Commissioner appointed, if any, to appraise the amount or value of Plaintiff's interest in the above-described vessel or upon the ultimate determination by the court on exceptions to the Commissioner's report; and it is further;

**ORDERED** that if the amount of said stipulation and the type and amount of security posted is not contested by any claimant herein, said stipulation shall stand as a stipulation for value *in lieu* of a bond and an appraisal by a Commissioner will not be required; and

**NOW, THEREFORE, IT IS FURTHER ORDERED** that a Monition and Injunction issue out of and under the seal of this Court against all persons or corporations claiming damage for any and all loss, destruction, damage, injuries, and/or death caused by or resulting from the casualty set forth in the Complaint herein, citing them to file their respective claims with the Clerk of this Court and to serve on or mail to the attorneys for Plaintiff copies thereof on or before **November 30, 2010** and that all persons or corporations so presenting claims and desiring to contest the allegations of the Complaint shall file an answer to the Complaint in this Court and shall serve on or mail to the attorneys for the Plaintiff copies thereof; and

**IT IS FURTHER ORDERED** that a public notice of said monition be given by publication for four successive weeks as required by Supplemental Rule F and A and the Local Rules of the United States District Court for the Middle District of Florida, before the return day of said monition and that a copy of said notice be mailed by the Plaintiff to every person or corporation known to have a claim against the Plaintiff arising out of the incident set forth in the Complaint; and,

**IT IS FURTHER ORDERED** that the further prosecution of any actions, suit or legal proceedings in any court whatsoever, and the institution and prosecution of any suits, actions or legal proceedings, of any nature or description whatsoever, in any court whatsoever, except in these proceedings, in respect to any claim arising out of, or connected with the casualty set forth in the Complaint herein, be and the same are hereby **STAYED AND RESTRAINED** until the final determination of this proceeding; and,

**IT IS FURTHER ORDERED** that the service of this Order as a restraining order in this District may be made in the usual manner as any other district of the United States by delivery of a

certified copy of this Order on the person or persons to be restrained or upon their respective attorneys.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter the Notice to Claimants of Verified Complaint for Petition for Exoneration from or Limitation of Liability attached to Petitioner's Motion (Doc. #3-1, pp. 2-3).

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of October, 2010

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record